# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of California

Case Number: 8:22-CV-01563-FWS (DFMX)

**Plaintiff: JON NELSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**
vs.
**Defendant: ZACHERY RAMIREZ, AN INDIVIDUAL, et al**

For:
MARK L. JAVITCH, ESQ.
3 EAST 3rd. AVENUE, SUITE 200
SAN MATEO, CA 94401

Received by Cal Process Servers on the 23rd day of August, 2022 at 4:41 pm to be served on **ZACHARY RAMIREZ, AN INDIVIDUAL, 1661 N. RAYMOND AVENUE, SUITE 265, ANAHEIM, CA 92801**.

I, Richard Steiber, do hereby affirm that on the **25th day of August, 2022** at **12:45 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL STANDING ORDER** with the date and hour of service endorsed thereon by me, to: **JOHN DOE, (REFUSED NAME)** as **OFFICE MANAGER**, a person employed therein and authorized to accept service for **ZACHARY RAMIREZ, AN INDIVIDUAL** at the address of: **1661 N. RAYMOND AVENUE, SUITE 265, ANAHEIM, CA 92801**, the within named person's usual place of **Work**, in compliance with Federal Statutes FRCP 4(e)(2)(B), FRCP 4(e)(1) & state statutes - California CCP 415.20(b).

**AND MAILING** by First Class mail, a copy to each defendant by depositing said copies in the United States Mail, in a sealed enevelope with postage prepaid, addressed to the defendant at the above named address on: **8/26/2022** from: **IRVINE, CA**

**Declaration** of due-diligence attached for more service information

**Service Fee Items:**
  Routine Process Service    $65.00
  Total                      $65.00

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

_signature_

**Richard Steiber**
1852     8/30/2022
**Date**

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2022000869

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>MARK L. JAVITCH, ESQ.<br>3 EAST 3rd. AVENUE, SUITE 200<br>SAN MATEO, CA 94401<br>  TELEPHONE NO.: (650) 781-8000    FAX NO.: (650) 648-0705<br>  EMAIL ADDRESS: mark@javitchlawoffice.com<br>  ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY |
|---|---|
| **U.S. DISTRICT COURT**<br>  STREET ADDRESS: 312 N. Spring Street, #G-8<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: Los Angeles, 90012<br>  BRANCH NAME: Central District of California | |
| PLAINTIFF: JON NELSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>DEFENDANT: ZACHERY RAMIREZ, AN INDIVIDUAL, et al | CASE NUMBER:<br>8:22-CV-01563-FWS (DFMX) |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or File No.: |

1.  I Richard Steiber, am at least 18 years of age and not a party to this action.

2.  Documents to be served:

    SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL STANDING ORDER

3.  Party to be served:

    ZACHARY RAMIREZ, AN INDIVIDUAL, 1661 N. RAYMOND AVENUE, SUITE 265, ANAHEIM, CA 92801

4.  Details of diligence:

    08/24/2022 10:20 AM   UNABLE TO SERVE - Office door locked, no response from inside. Sign on door reads "US Capital".
    08/24/2022  3:54 PM   UNABLE TO SERVE - Office door locked, no response from inside the office.
    08/25/2022 12:45 PM   Not in, substitute service effected on authorized office personnel.

5.  Person attesting to diligence:

    Name: Richard Steiber
    Firm: Cal Process Servers
    Address: 14271 Jeffrey Road, #308, Irvine, CA 92620
    Telephone Number: (949) 295-8028
    I am a registered California process server: owner
    Registration No.: 1852
    County: Orange

    The fee for service was: $65.00

6.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

8/30/2022

Richard Steiber
(PRINTED NAME)

▶ *(signature)*
(SIGNATURE)