NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Seth Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

ATTORNEY(S) FOR: Defendant Zachary Ramirez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JON NELSON,

    Plaintiff(s),

v.

ZACHARY RAMIREZ, et al.

    Defendant(s)

CASE NUMBER:

8:22-CV-01563-FWS-DFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Zachary Ramirez
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Zachary Ramirez | Defendant |
| Jon Nelson | Plaintiff |

September 8, 2022
Date

*Seth W. Wiener*
Signature

Attorney of record for (or name of party appearing in pro per):

Seth W. Wiener