Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON NELSON, an individual,<br>Plaintiff,<br>v.<br>ZACHARY RAMIREZ, an individual, d/b/a PINEHURST FUNDING, and JOHN DOE, an unknown business entity,<br>Defendants. | Case No.: 8:22-cv-01563-FWS-DFM<br>**NOTICE OF SETTLEMENT** |

NOW COMES PLAINTIFF, in his individual capacity, by and through his attorney, to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that the Court vacate all pending dates and deadlines. Plaintiff requests the Court allow forty-five (45) days for the Parties to file a stipulation of dismissal. Plaintiff requests that this Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted,

Dated: November 1, 2022 By: /s/ Mark L. Javitch

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*